IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMONA YVETTE KENNARD, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:21-CV-1572-D |
| | § | |
| CITY OF MAYOR'S, et al., | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated August 11, 2021, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

**SO ORDERED**.

September 16, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE